UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGIA MILES,

          Plaintiff,

    v.

SUSANVILLE POLICE DEPARTMENT, et al.,

          Defendants.

No.  2:25-cv-2655 DJC AC P

ORDER

Plaintiff, a former county prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  By order filed November 10, 2025, Plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action.  ECF No. 6.  Thirty days have now passed, and plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  **January 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1